NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**EBUDDY TECHNOLOGIES B.V.,**
*Appellant*

**v.**

**COKE MORGAN STEWART, ACTING UNDER SECRETARY OF COMMERCE FOR INTELLECTUAL PROPERTY AND ACTING DIRECTOR OF THE UNITED STATES PATENT AND TRADEMARK OFFICE,**
*Intervenor*

---

2023-2155, 2023-2156

---

Appeals from the United States Patent and Trademark Office, Patent Trial and Appeal Board in Nos. IPR2022-00176, IPR2022-00177.

---

**JUDGMENT**

---

STEPHEN F. SCHLATHER, Edmonds & Schlather, PLLC, Houston, TX, argued for appellant. Also represented by JOHN J. EDMONDS.

PETER J. AYERS, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for

intervenor.    Also represented by MICHAEL S. FORMAN, FARHEENA YASMEEN RASHEED.

––––––––––––––––––––

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, LINN, and STOLL, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

March 10, 2025
Date

Jarrett B. Perlow
Clerk of Court